UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2003 JUN -9 P 4: 14

SIGN_____
BY DEPUTY CLERK

JUAN FERNANDEZ AND                          NUMBER:_____
MARIA FERNANDEZ, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE OF              SECTION:_____
VICTOR L. FERNANDEZ

VERSUS                                      03-458-B-M3

ATLAS CORPORATION

## COMPLAINT

The plaintiffs, Juan Fernandez and Maria Fernandez, individually and on behalf of the Estate of Victor L. Fernandez, citizens of the full age of majority of Acapulco Mexico respectfully represent as follows:

I.

Made defendant herein is Atlas Corporation, and active business corporation domiciled in Denham Springs, Louisiana.

II.

Jurisdiction is proper pursuant to 28 U.S.C. 1332(a)(2).

III.

Venue is proper pursuant to 28 U.S.C. 1391(a)(1) and (2).

IV.

On January 6, 2003, Victor L. Fernandez, was employed by the defendant, Atlas Corporation, as a construction worker.

V.

On said date, Victor L. Fernandez was working in a ten (10) foot deep trench at an excavation site when the dirt walls of the trench collapsed trapping him in chest high dirt and forcing a six inch pipe against his abdomen.

| INITIALS | DOCKET# |
|---|---|
|  | 1 |

JS; summons

VI.

Victor L. Fernandez remained trapped in the trench for almost one hour until he was extricated from the trench and flown to a hospital where he was pronounced dead from a lacerated liver.

VII.

Victor L. Fernandez, at the time of his death, was not married and left no children.

VIII.

Defendant, Atlas Corporation, at the time of said accident, required the decedent, Victor L. Fernandez, to work in an excavation that was greater than four (4) feet in depth without a ladder, stairway, ramp or other safe means of egress thereby willfully exposing Victor L. Fernandez to the hazards of cave-ins.

IX.

Furthermore, defendant, Atlas Corporation, at the time of said accident required the decedent to work in an excavation without a side-wall protective system or shoring thereby willfully exposing the decedent to the hazards of cave-ins.

X.

Atlas Corporation knew or should have known that injury to Victor L. Fernandez was substantially certain to follow from its willful and intentional failures to protect him from cave-ins.

XI.

The plaintiffs, Juan Fernandez and Maria Fernandez, are the surviving mother and father of the deceased Victor L. Fernandez.

XII.

The plaintiffs, Juan Fernandez and Maria Fernandez, as a direct and proximate result of the willful and intentional acts and omissions referenced herein, and pursuant to La. C.C. arts 2315.1, 2315.2, and La. R.S. 23:1032, allege the following damages:

<u>Survival Action of Estate of Victor L. Fernandez</u>

| | | |
|---|---|---|
| 1. | Physical pain and suffering | $100,000.00 |
| 2. | Emotional pain and suffering | $100,000.00 |
| 3. | Funeral expenses | $ 10,000.00 |
| 4. | Punitive damages | $100,000.00 |
| | TOTAL: | $300,000.00 |

<u>Wrongful Death Action</u>

| | | |
|---|---|---|
| 1. | Juan Fernandez – Loss of Affection and Financial Support | $150,000.00 |
| 2. | Maria Fernandez – Loss of Affection and Financial Support | $150,000.00 |
| 3. | Punitive Damages | $100,000.00 |
| | TOTAL: | $400,000.00 |

## XIII.

Plaintiffs request a trial by jury.

WHEREFORE, the petitioner prays that the defendant, Atlas Corporation, be served with a copy of this petition and cited to appear and answer same, and after all due proceedings had, there be judgment herein as follows:

1. There be judgment against the defendant, Atlas Corporation, in the full and true sum as is reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs;

2. For all general and equitable relief that can be afforded to the petitioner by this Honorable Court, pursuant to the laws of the State of Louisiana.

Respectfully Submitted:

_____
André P. LaPLACE
2762 Continental Drive, Ste 103
Baton Rouge, Louisiana 70808
Telephone No.: (225) 924-6898
Bar Roll Number: 8039

Jimmy V. Delgado, Esq.
The Delgado Law Firm, P.L.L.C.
The Chevron Tower
1301 McKinney, Suite 3500
Houston, TX 77010
TelephoneNo.: (713) 957-4747
Bar Roll No.: 00793608