```
                                              FILED
                                         U.S. DIST COURT
                                        MIDDLE DIST. OF LA

                                         2006 MAY 18  P 3: 52

                                         SIGN_____
                                         BY DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUAN FERNANDEZ AND MARIA FERNANDEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF VICTOR FERNANDEZ | : : : : : | CIVIL ACTION NO. 03-458-B-M3 |
| VERSUS | : : | |
| ATLAS CORPORATION, ET AL | : | |

## MOTION AND ORDER FOR VOLUNTARY DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Juan Fernandez and Maria Fernandez, individually and on behalf of the Estate of Victor Fernandez, who hereby move for voluntary dismissal of all of its claims in the above captioned matter against defendant, Saun Sullivan, without prejudice, with petitioner to bear all costs.

Respectfully Submitted:

By_____
Andre P. LaPlace, #8039
2762 Continental Drive, Suite 103
Baton Rouge, LA 70808
Phone: 225-924-6898

- CERTIFICATE -

I certify that a copy of the foregoing was this day mailed, postage prepaid, to all counsel of record.
Baton Rouge, Louisiana this 17th day of May, 2006.

_____
ANDRE P. LAPLACE



- 2 -

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUAN FERNANDEZ AND MARIA FERNANDEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF VICTOR FERNANDEZ | : CIVIL ACTION NO. 03-458-B-M3 :  :  :  : |
| VERSUS | : : |
| ATLAS CORPORATION, ET AL | : |

## ORDER

Considering the foregoing Motion for Voluntary Dismissal:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion of petitioner, Juan Fernandez and Maria Fernandez, individually and on behalf of the Estate of Victor Fernandez, be granted, and that all claims filed by petitioner against Saun Sullivan are hereby dismissed, without prejudice, with petitioner bearing all costs.

Baton Rouge, Louisiana this _____ day of May, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT